# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ,<br><br>                              Plaintiff,<br>vs.<br><br>CONAGRA FOODS INC., a Delaware corporation, CONAGRA BRANDS INC., a Delaware corporation,<br><br>                              Defendants | CASE NO. 06CV1012 WQH (RBB)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANTS |

HAYES, Judge:

On May 9, 2006, Plaintiff Randy Nunez filed the Complaint in this matter. (Doc. # 1). Thereafter, on June 12, 2006, Defendants moved to dismiss for lack of subject matter jurisdiction. (Doc. # 4). On October 3, 2006, the Court granted Defendants' motion to dismiss. (Doc. # 20). In granting the motion to dismiss, the Court allowed Plaintiff 30 days to file an amended complaint, but noted that if an amended complaint was not filed within 30 days, the Court would direct the clerk of the Court to enter judgment in favor of the Defendants.

As of November 10, 2006, Plaintiff has not filed an amended complaint. Accordingly, the Court ORDERS the clerk of the Court to enter judgment in favor of the Defendants.

**IT IS SO ORDERED.**

DATED: November 14, 2006

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

- 1 -                                                                                              06CV1012 WQH (RBB)