# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Randy Nunez

                V.                              **JUDGMENT IN A CIVIL CASE**

Conagra Food Inc

                                                **CASE NUMBER:**    06cv1012 WQH(RBB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

for  the Clerk of the Court to enter judgment in favor of the Defendants.

| November 15, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                   /s/ G Cazares
                                                                   (By) Deputy Clerk

                                                                   ENTERED ON November 15, 2006

06cv1012 WQH(RBB)